In the Matter of the Claim of MARGARET McMAHON and Others, Respondents, against JOHN GRETZULA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to

the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.